UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BRIAN KEITH RICHARD**<br>DOC # 12921 | : | **DOCKET NO. 21-CV-00242**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFFS OFFICE BEAUREGARD,**<br>**ET AL.** | : | **MAGISTRATE JUDGE KAY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

**MONROE, LOUISIANA,** this 6th day of August 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**